IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EMCARE PHYSICIAN SERVICES, INC., | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | CIVIL ACTION NO. 26-00021-KD-B |
| ESCAMBIA COUNTY ALABAMA COMMUNITY HOSPITALS, INC. d/b/a Atmore Community Hospital, | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| Defendant. | * | |

**ORDER**

This action is before the Court on review.  Federal Rule of Civil Procedure 7.1(a)(2) requires all parties in a diversity action such as this one to file a disclosure statement that names and identifies the citizenship of every individual or entity whose citizenship is attributed to that party.  Fed. R. Civ. P. 7.1(a)(2); see Villamil v. Fayrustin, 730 F. Supp. 3d 328, 336-37, 342 (W.D. Tex. 2024) (requiring corporation to file disclosure statement specifying every state by which it has been incorporated and the state where it has its principal place of business).  A party must "file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court."  Fed. R. Civ. P. 7.1(b)(1); see also S.D. Ala. CivLR 7.1(a).

The docket reflects that Defendant Escambia County Alabama

Community Hospitals, Inc. d/b/a Atmore Community Hospital has not filed its disclosure statement as required by Federal Rule of Civil Procedure 7.1.   Accordingly, Defendant is **ORDERED** to file its disclosure statement on or before **May 20, 2026.**   Defendant must use this Court's standard disclosure statement form, which can be found on the Court's external website.[1]

     **ORDERED** this **13th** day of **May, 2026.**

                        **/s/ SONJA F. BIVINS**
                     **UNITED STATES MAGISTRATE JUDGE**

---

[1]  https://www.alsd.uscourts.gov/sites/alsd/files/forms/CivilDisclosureStatement.pdf